**Electronically Filed**
**Supreme Court**
**SCWC-14-0000436**
**25-NOV-2016**
**02:22 PM**

SCWC-14-0000436

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ASSOCIATION OF APARTMENT OWNERS OF CENTURY CENTER,
INC., by and through its Board of Directors,
Petitioner/Plaintiff-Appellee,

vs.

THAI HAWAIIAN MASSAGE, INC., POJJANEE VARNEY, and CHARLES VARNEY,
Respondents/Defendants-Appellants,

and

CK ENTERPRISES, LLC,
Respondent/Intervenor-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000436; CAAP-14-0001238; CIV. NO. 1RC13-1-8808)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee's Application for Writ of

Certiorari filed on October 14, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 25, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

